UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 14-CR-20017-WILLIAMS-6

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANGEL MARTINEZ,

    Defendant.

_____/

**ORDER DENYING DEFENDANT'S
MOTION TO REDUCE SENTENCE**

**THIS MATTER** is before the Court on Defendant Angel Martinez's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c). (DE 1649). The Government filed a response in opposition. (DE 1656). Mr. Martinez replied. (DE 1661). For the reasons set forth below, Mr. Martinez's motion is DENIED.

The Court finds that the record does not support a finding that "extraordinary and compelling reasons" have been established that would warrant compassionate release. Mr. Martinez does not cite any medical reasons that would put him at a greater risk of Covid-19 complications. And while Mr. Martinez did test positive for Covid-19, he has, apparently, fully recovered.[1] Consequently, based on the particular facts presented, the Court is unable to conclude that there are extraordinary and compelling reasons to reduce his detention pursuant to 18 U.S.C. § 3582(c)(1)(A). *See, e.g.*, *United States v. Pereira*,

---

[1] Defendant mentions he tested positive for Covid-19, (DE 1649 at 5), but it is unclear from the filings whether Defendant was asymptomatic or exhibited symptoms. The Government does not address this in their response, nor does Mr. Martinez in his reply. The Court assumes that Mr. Martinez has, fortunately, recovered from any bout with the coronavirus.

2020 WL 5411402 (S.D. Fla. Sept. 9, 2020) (denying motion for compassionate release by 31-year-old inmate with "moderate persistent" asthma finding the inmate was not at a particularly high risk of severe illness); *United States v. Thomas*, 2020 WL 4734913, at *2 (M.D. Fla. Aug. 14, 2020) (denying motion for compassionate release by prisoner who tested positive for Covid-19, presented with flu-like symptoms, and had other medical conditions but showed no signs of serious illness and would be a danger to the community if released); *United States v. Frost*, No. 3:18-CR-30132-RAL, 2020 WL 3869294, at *4 (D.S.D. July 9, 2020) (denying motion for compassionate release by prisoner who tested positive for COVID-19 and had other medical conditions like diabetes, severe coronary artery disease, and COPD because his COVID-19 symptoms were not severe, and there was no indication he could not provide self-care while in prison); *United States v. Rumley*, No. 4:08CR00005, 2020 WL 2499046, at *2 (W.D. Va. May 14, 2020) (denying motion for compassionate release where defendant had contracted COVID-19 but was experiencing minor symptoms); *United States v. Eddings*, No. 2:09-CR-00074-JAM-AC, 2020 WL 2615029, at *2 (E.D. Cal. May 22, 2020) (denying motion for compassionate release even though defendant had COVID-19 and "medical conditions that could place him at a higher risk of complications" because he was not experiencing any complications).

Finally, Mr. Martinez was sentenced to a 108-month sentence for possession and distribution of controlled substances. The factors that weighed in favor of the initial imposition of the 108-month sentence weigh in favor of denying his Motion at this time. Accordingly, the Motion is **DENIED**.

**DONE AND ORDERED** in chambers in Miami, Florida, this 15th day of December, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE